UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-02739-CBM-CTS | Date | August 31, 2026 |
| Title | *Xiaohong Zhou v. Alejandro Mayorkas et al.* | | |

Present: The Honorable CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| V.R. VALLERY | NOT REPORTED |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER TO SHOW CAUSE RE: DISMISSAL**

Plaintiff's complaint seeks declaratory and injunctive relief based on the United States Citizenship and Immigration Services ("USCIS's") alleged failure to adjudicate Plaintiff's I-589 Application for Asylum and for Withholding of Removal. (Dkt. No. 1.) On June 13, 2024, the Court approved the parties' joint stipulation to stay the case pending adjudication of Plaintiff's application for asylum and for withholding of removal, and stayed the action until August 22, 2025. (Dkt. No. 8.) On August 14, 2025, Defendants filed a Notice of Mootness of Action and Status Report on the basis USCIS has adjudicated Plaintiff's asylum application. (Dkt. Nos. 10, 11.)

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE in writing **no later than September 11, 2026** why the action should not be dismissed as moot in light of USCIS's adjudication of Plaintiff's I-589 Application for Asylum and for Withholding of Removal. A failure to respond to this ORDER TO SHOW CAUSE by that date shall result in dismissal of this action.

**IT IS SO ORDERED.**

00 :

Initials of Deputy Clerk VRV